1012

JERRY DIERKER ET AL., *Appellants*, v. THE PORT OF OLYMPIA
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-02116-6, Richard D. Hicks, J., entered June 25, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EMERSON
EVATT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01686-6, Thomas P. Larkin, J., entered September 14, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

*In the Matter of the Marriage of* PHILLIP A. BROWN,
*Appellant*, and JANET R. BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-3-01531-0, Edwin L. Poyfair, J., entered September 21, 2007. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALLEN
EDINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00616-8, Robert A. Lewis, J., entered October 9, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater, J.; Quinn-Brintnall, J., dissenting in part.